IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| INEOS TECHNOLOGIES USA LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-CV-01145 |
| | § | **JURY TRIAL DEMANDED** |
| | § | |
| BASF CORPORATION | § | |
| | § | |
| Defendant, | § | |

**PLAINTIFF INEOS TECHNOLOGIES USA LLC's
RULE 41(a) NOTICE OF DISMISSAL**

Plaintiff Ineos Technologies USA LLC, before the Defendant has filed an answer or motion for summary judgment, provides notice, pursuant to FRCP 41(a)(1)(A)(i), of its intent to voluntarily dismiss this action without prejudice. This notice requires no consent from Defendant or further order of the Court and is effective upon filing.

**Dated: May 31, 2016**           Respectfully submitted,

**FOGLER, BRAR, FORD, O'NEIL & GRAY LLP**

*/s/ Murray Fogler*
Murray Fogler
Federal ID No. 2003
State Bar No. 07207300
Robert H. Ford
Fed. ID No. 1392569
State Bar No. 24074219
Pennzoil Place, South Tower
711 Louisiana St, Suite 500
Houston, Texas 77002
Telephone:  (713) 481-1010
Facsimile:   (713) 574-3224
**ATTORNEYS FOR PLAINTIFF
INEOS TECHNOLOGIES USA LLC**

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on **May 31, 2016,** a true and correct copy of the foregoing was filed electronically via the CM/ECF system and was therefore served through that system on counsel for all parties of record to this litigation:

Anna Rotman
anna.rotman@kirkland.com
Michael Williams
mwilliams@kirkland.com
Winn Allen
Winn.allen@kirkland.com
Kirkland & Ellis, LLP
600 Travis Street, Suite 3300
Houston, Texas 77002
(713) 835-3750 (tel)
(713) 835-3601 (fax)
**Counsel of Record for Defendant BASF Corp.**

                /s/  Robert H. Ford
                Robert H. Ford

4815-9695-7234, v. 1